(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



STATE OF DELAWARE, INC.
Division of Child Support Enforcement
(Name of Plaintiff or Plaintiffs)

v.    CIVIL ACTION NO. 06-233

Micah-El Ali ex. rel.
ERIC MICHAEL WHITTLE
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to Title 28 Section 1441, 1446
   (Federal statute on which action is based)
   for discrimination related to Nationality & Birthright jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   Diversity, Title 28 sec 1441, 1446. Denial of Due Process (Amend V
   (Federal statute on which jurisdiction is based)
   Color of Law

2. Plaintiff resides at Family Court - New Castle Courthouse
   (Street Address)
   400 King Street Wilmington, Delaware 19801
   (City)    (County)    (State)    (Zip Code)

   _____
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at c/o 2603 Jessup Street
   (Street Address)
   Wilmington  New Castle  Delaware Republic Terra [19802].
   (City)    (County)    (State)    (Zip Code)
   658-4412

4. The alleged discriminatory acts occurred on _____, _____, _____.
   (Day) (Month) (Year)

5. The alleged discriminatory practice ☑ is  ☐ is not continuing.

6. Plaintiff(s) filed charges with the ___Family Court___
   (Agency)
   ___400 King St___ ___Wilmington___ ___New Castle___ ___Wilmington Del- 19801___ ___Delaware Republic___
   (Street Address)  (City)  (County)  (State) (Zip)

   regarding defendant(s) alleged discriminatory conduct on: _____
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☐   No ☐

   If yes, to whom was the appeal taken?_____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   Diversity

   Denial of Due Process

   Denial of Inalienable Rights

   Color of Authority Abuse

   Violation of Oath of Office

10. Defendant's conduct is discriminatory with respect to the following:

    A. ☐ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☑ Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

All actions cease and desist; A hearing in an Article III Court - Constitutionally Delegated Authority Removal of Hearing from State's Jurisdiction

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2006

Micah-El:Ali
(Signature of Plaintiff)

**20050705-0066386**
Pages: 2  F: $30.00
07/05/05 01:16:14 PM
T20050053474
Michael E. Kozikowski
New Castle Recorder  MISC

Prepared By: Grand Sheik Nature El Bey

Return To:

Micah El Ali
℅ 609 North Franklin Suite A
Wilmington, Delaware [19805]

BETWEEN Noble Micah El Bey and Great Seal ⓐ Moorish Science Temple of America

SEE ATTACHED

1. Declaration of Nationality and Constitutional Protections of Rights and Immunities.

2

  

NORTH AMERICA            CENTRAL AMERICA            SOUTH AMERICA

*Part and Parcel*

## *GREAT SEAL* ⑦
## *MOORISH SCIENCE TEMPLE OF AMERICA*

TXu1-210-534 – Register of Copyrights, U.S.C. § 17 - UNITED STATES COPYRIGHT OFFICE

### DECLARATION OF NATIONALITY
### AND CONSTITUTIONAL PROTECTIONS
### OF RIGHTS AND IMMUNITIES

To All Concerned:　　　　　　　　　　　　　　　　Date: 22ⁿᵈ day of October, 2004

Re: Sovereign Immunity, Right(s)　　　　　　　　　Filed for Record
And Claim(s) of Free Moorish　　　　　　　　　　 Form 1099, Book 521
National(s) of the Continental United States　　　　Page 579, ss # 10105905
　　　　　　　　　　　　　　　　　　　　　　　　Cook County, Illinois.
　　　　　　　　　　　　　　　　　　　　　　　　Our Authority

　　　　May the Peace and Blessings of Our Creator God-Allah, to Whom All Praise is Due, be upon you in your understanding that Supreme Law and Justice may dwell in our Land:

I Am, ____Micah El Ali____, being "In Full Life" Duly Affirmed, Stand squarely on Supreme Constitutional law, declare and says:

I Am a Free and Sovereign Moorish National, being Aboriginal Indigenous by Birth and Inheritance. The De Jure Natural Citizen of the Continental United States, the Land of My Ancient Moorish Forefathers, of Moroccan descent, deriving my Power and Authority through Birthright and Inheritance. Retaining all substantive Inalienable Rights and Immunities as described in the Organic United States Republic Constitution, Moroccan Treaty of Peace and Friendship of Seventeen Eighty-Seven (1787) Superceded by the Treaty of 1836 - between the United States of America and Morocco, in Force, Moorish American Zodiac Constitution, Moorish Science Temple of America Divine Constitution and By-Laws; giving Honor and Respect to the Continental United States Flag and Al Moroccan (American) Flag.

All details of the Declaration Statement above are supported by the De Jure Constitution of the United States of America – Article VI.

All details of the Declaration Statement are supported by and / or in evidence and substantiated Pursuant to the credentials as classified as follow:

1. Moorish-American Nationality Card of Identification.
2. The Constitution of the United States of America Republic, Article VI.
3. Moroccan Treaty of Peace and Friendship of (1787) / superceded by The Treaty of Peace and Friendship of (1836).
4. United Nations; Rights of Indigenous Peoples – International Law.
5. Principle III of the United Nations: <u>Declaration of the Rights of the Child</u>
   "Every Child shall, at birth, have the right to a Name and Nationality".
6. Natural Law: Natura non facit saltum; ita nec lex. Nature makes no sudden leap or Movement; Neither does law.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　R:THUMB

I Am, ____Micah El Ali____, Indigenous Aboriginal Moorish-American.

Witness: Grand Sheik Divine Minister ∴ ____Nature El Bey____　　　　*Official seal*

Witness: Grand Sheik Divine Minister ∴ ____Ta'Tarik Bey____

Witness: Sheikess ∴ ____Nika Jb Ahwn El Bey____　　　　　　　　　　Bey

Moors: The Aboriginal Indigenous Natural Peoples of the Continental United States: North Amexem,
Central Amexem, and South Amexem; Al Morocs (Americas), including the Adjoining Islands.

```
Form 497SAR  M A I L E D                    (OFFL ADDR)
```

### STATE OF DELAWARE FAMILY COURT: NEW CASTLE COUNTY
### 500 N. KING ST., WILMINGTON, DE 19801-3742
### CIVIL NOTICE - SUPPORT ARREARS
### PETITION FOR CHILD SUPPORT ARREARS

```
   GRIFFIN, DELORES C.                              FILE: D-7226
   DCSE - NEW CASTLE                                CASE: 05-42967
                                                   DACSES DATA:
                                                   143272 NPA

      PETITIONER(S)                 ATTORNEY(S)
 VS.
      WHITTLE, ERIC
      RESPONDENT(S)                 ATTORNEY(S)

  TO: ERIC WHITTLE
      2603 JUSSUP ST
      WILMINGTON DE 19802


----------------------------------------------------------------
  Hearing Date / Time:   04/12/2006  at  10:30AM
      Event Type    :    Hearing in the Family Court.
      Floor         :           Room:
      Before        :    COMMISSIONER  LORETTA YOUNG

----------------------------------------------------------------
```

TO THE ABOVE NAMED PARTY:
  You are hereby directed to appear before the Family Court at the above
  address on the above noted date and time in connection with the matters
  set forth above for a hearing.

1. IF YOU FAIL TO APPEAR, THE COURT MAY IMPOSE SANCTIONS AGAINST YOU, MAY
   ORDER THE RELIEF REQUESTED BY THE OTHER PARTY, AND/OR MAY ISSUE A CAPIAS
   FOR YOUR ARREST, AND/OR MAY DISMISS THE ACTION.

2. Pursuant to Title 13, Delaware Code, 513, a wage attachment shall be
   ordered in every case unless:
     a. there is proof of timely payment under previously ordered support
        and a finding that it would not be in the best interest of the
        child(ren) to order it , or;
     b. the parties submit to the Court a signed agreement of an alternative
        arrangement ensuring routine payment of support.

   **WITNESS THE JUDGES of the Family Court of the State of Delaware,**

              03/28/2006             CYNTHIA BURRIS
              Date Issued            Clerk of Court
                                     255-0221

          **B R I N G   T H I S   N O T I C E   W I T H   Y O U**

The court does not have facilities for children.  Please arrange for the care
of your children while you are taking care of court business, unless the

PAGE       2

PETITIONER(S)         DELORES GRIFFIN AND DCSE - NEW CASTLE

RESPONDENT(S)         ERIC WHITTLE

children are needed to testify.

**CELLULAR TELEPHONES and other personal communication devices (BlackBerries, Sidekicks, pagers, etc.), as well as photographic and voice recording equipment are PROHIBITED in the Courthouse. Any device in the possession of a person in the Courthouse contrary to this policy may be subject to seizure and forfeiture. (This policy applies to the New Castle County Courthouse)**
                                                              CFCTFLO   03/28/2006

06-233

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
STATE OF DELAWARE, INCORPORATED

**DEFENDANTS**
; Micah-El: Ali, ex rel.
ERIC MICHAEL WHITTLE

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☑ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☑ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28 § 1441, 1446 Notice of Removal
Brief description of cause:
Diversity, Violation of Due Process of Law

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Commissioner Loretta Young
DOCKET NUMBER 05-42967

DATE April 10, 2006
SIGNATURE OF ATTORNEY OF RECORD
; Micah-El: Ali, ex rel. ERIC MICHAEL WHITTLE

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____