IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, INC.,<br>DIVISION OF CHILD SUPPORT<br>ENFORCEMENT,<br><br>      Plaintiff,<br><br>      v.<br><br>MICAH EL ALI EX REL. ERIC<br>MICHAEL WHITTLE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-233-JJF<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 24 day of April, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915 filed by Micah El Ali, a/k/a Eric Michael Whittle;

IT IS ORDERED that the application is GRANTED.

                                                                                        _____<br>
                                                                                        United States District Judge